■ THELMA ROSENBERG et al., Appellants, v. RENMAL REALTY CORP., Respondent.— Order of January 12, 1959, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent, and the appeal from the ex parte order of September 11, 1958 is dismissed on the ground that said order is not appealable. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ LENA B. GARLEN, Individually and as a Stockholder of GREEN MANSIONS, INC., Suing on Behalf of Herself and All Other Stockholders of GREEN MANSIONS, INC., Similarly Situated, Appellant, v. GREEN MANSIONS, INC., Respondent, et al., Defendants.— Order of Special Term reversed on the law and on the facts and the motion to strike the answer of the corporate defendant and the appearance of counsel in its behalf is granted with leave, in the exercise of discretion, to the said corporation to appear, answer and otherwise defend by independent counsel if it is so advised within 20 days from the entry of the order, with $20 costs and disbursements to the appellant. While a corporation is usually a passive litigant in a stockholder's derivative action, it may well be that the equitable relief sought in the complaint requires an appearance and answer by the corporate defendant. However, such appearance must be by independent counsel whose interests will not conflict with those of the individual defendant. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ GREEN MANSIONS, INC., Appellant, v. SAMUEL GARLEN, Respondent, et al., Defendants.— Order and judgment unanimously affirmed, with costs to the respondent of this appeal. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ PAULINE GOODMAN v. NEW YORK CITY TRANSIT AUTHORITY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Valente, McNally, Stevens and Bastow, JJ.

■ JACOB GOTTLIEB v. GUSTAVE B. GARFIELD et al.— Motion for leave to reargue denied, with $10 costs. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ SIDNEY STONE v. MARK GOODSON et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ SHIRLEY NOELTE v. GUARANTY TRUST COMPANY OF NEW YORK, as Executor of CORNELIUS F. KELLEY, Deceased.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ In the Matter of MAX GROSS against NEW YORK CITY ALCOHOLIC BEVERAGE CONTROL BOARD et al.— Motion for leave to appeal to the Court of Appeals, and for a stay, granted, on condition that the appeal be expeditiously brought on. Settle order. Concur — Rabin, J. P., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ In the Matter of LENORE S. TRIMBLE against ARTHUR A. BEAUDRY. CHRISTOPHER R. TRIMBLE, Individually and as Administrator of LUDWIG M. WILSON, Deceased, v. LENORE S. TRIMBLE.—Motion for leave to reargue, or for leave to appeal to the Court of Appeals, denied, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.